THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL OLSON, Appellant.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.